356 A.2d 359

**In re ESTATE of Anna F. BUPP.**
**Appeal of Harold R. BUPP et al.**

Supreme Court of Pennsylvania.
Argued March 8, 1976.
Decided May 12, 1976.

Lee C. McCandless, Butler, for appellant.
Norman D. Jaffe, Butler, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.
Decree affirmed. Each party to bear own costs.